Same case below, 381 Fed. Appx. 168.

■

**No. 10-6140. Don Gordon Henry, Petitioner v. United States.**

562 U.S. 1222, 131 S. Ct. 1466, 179 L. Ed. 2d 311, 2011 U.S. LEXIS 1475.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

■

**No. 10-6166. Keith Stewart, Petitioner v. United States.**

562 U.S. 1223, 131 S. Ct. 1467, 179 L. Ed. 2d 311, 2011 U.S. LEXIS 1445.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 378 Fed. Appx. 201.

■

**No. 10-6172. Richard D. King, Jr., Petitioner v. United States.**

562 U.S. 1223, 131 S. Ct. 1467, 179 L. Ed. 2d 311, 2011 U.S. LEXIS 1691.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 604 F.3d 125.

■

**No. 10-6283. Barry Adams, Petitioner v. High Purity Systems, Inc., et al.**

562 U.S. 1223, 131 S. Ct. 1467, 179 L. Ed. 2d 311, 2011 U.S. LEXIS 1413, ■

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 269.

■

**No. 10-6311. Ralph Johnson, Petitioner v. Kuma J. DeBoo, Warden.**

562 U.S. 1223, 131 S. Ct. 1467, 179 L. Ed. 2d 311, 2011 U.S. LEXIS 1315.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 270.

■

**No. 10-6406. Adrian Wright, Petitioner v. United States.**

562 U.S. 1223, 131 S. Ct. 1468, 179 L. Ed. 2d 311, 2011 U.S. LEXIS 1553.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 374 Fed. Appx. 386.

■

**No. 10-6411. Diego Diaz De La Cruz, Petitioner v. United States.**

**No. 10-6423. Alexei Jubiel, Petitioner v. United States.**

562 U.S. 1223, 131 S. Ct. 1468, 179 L. Ed. 2d 311, 2011 U.S. LEXIS 1394.

February 22, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same cases below, 377 Fed. Appx. 925.